

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-89,537-01

**EX PARTE GREGORY KHAI THRASHER, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 114-0469-16-A IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to seventy-five years' imprisonment. He filed, through habeas counsel, this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. The trial court has entered findings and recommends granting a late appeal. The findings and recommendation are supported by the record and applicable law. *See Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time appeal of his conviction in cause number

114-0469-16 from the 114th District Court of Smith County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 11, 2023
Do not publish